# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131451 & (39)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAN-JAMES BUCHANAN,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 131451
COA: 258575
Oakland CC: 2004-196178-FH;
          2004-196899-FH

On order of the Court, the application for leave to appeal the April 27, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

t1023